THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* RADOJKO PONJAVICH, Petitioner-Appellant.

(No. 56387;

First District (5th Division)—March 9, 1973.

Opinion by Mr. PRESIDING JUSTICE DRUCKER.

650

Louis V. Kiefor, of Calumet City, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robert C. Samko, Assistant State's Attorneys, of counsel,) for the People.